Mark Miller (9567)
Kimberly Neville (9067)
Maryann Bauhs (17196)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email:  miller.mark@dorsey.com
   neville.kimberly@dorsey.com
   bauhs.maryann@dorsey.com

John P. Bueker (*Pro Hac Vice* to be filed)       Edward R. McNicholas (*Pro Hac Vice* to be filed)
Sarah E. Walters (*Pro Hac Vice* to be filed)     Robert Silvers (*Pro Hac Vice* to be filed)
**ROPES & GRAY**                                  **ROPES & GRAY**
Prudential Tower                                   2099 Pennsylvania Avenue, NW
800 Boylston Street                               Washington, DC 2006
Boston, MA 02199-3600                             Telephone: (202) 508-4600
Telephone: (617) 951-7000                         Email:  Edward.McNicholas@ropesgray.com
Email:  John.Bueker@ropesgray.com                      Silvers.Robert@ropesgray.com
   Sarah.Walkers@ropesgray.com

*Attorneys for Defendant Instructure, Inc.*

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| ETHAN STEINHOFF,<br><br>                    Plaintiff,<br>  v.<br><br>INSTRUCTURE, INC.,<br><br>                    Defendant. | **NOTICE OF FILING OF DEFENDANT'S MOTION TO TRANSFER RELATED CASES PURSUANT TO DUCivR 83-2(e)**<br><br>Civil No. 2:26-cv-00387<br><br>Magistrate Jared C. Bennett |

Pursuant to Rule 83-2(e) of the Local Rules of the District of Utah, Defendant Instructure,

Inc. ("Instructure") provides notice that it has filed a *Motion to Transfer* this case as a related

action under DUCivR 83-2(e).  Instructure's motion has been filed in Case No. 2:26-cv-374, which is the lowered-numbered cause of these related matters.

DATED this 20th day of May, 2026.

**DORSEY & WHITNEY LLP**

 */s/    Mark Miller*
Mark Miller
Kimberly Neville
Maryann Bauhs
*Attorneys for Instructure, Inc.*